UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROBERT DAVIS                                CIVIL ACTION

VERSUS                                          NO. 06-3037

THE CITY OF NEW ORLEANS, ET AL.        SECTION "F"

### ORDER

Before the Court is the defendants' motion to stay civil proceedings until disposition of related criminal prosecution. Fifth Circuit jurisprudence dictates that "considerations of public policy should prevail in order to prevent the civil discovery rules being subverted into a devise for improperly obtaining discovery" when civil and criminal actions are co-occurring and closely tied. Campbell v. Eastland, 307 F.2d 478, 486 (5th Cir. 1962). This well-settled policy is not affected by whether or not the evidence in the case is limited.

IT IS ORDERED: that the defendants' motion is granted and the civil proceedings against defendants Lance Schilling, Robert Evangelist, and Stuart Smith are stayed until the criminal proceedings against them are resolved..

New Orleans, Louisiana, November 28, 2006.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1